CPS-157

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>06-1722</u>

IN RE: JAMES G. TRUMP, SR.

Present:     BARRY, SMITH and NYGAARD, <u>CIRCUIT JUDGES</u>

Submitted are:

0 6 MC 56

(1) Petitioner's application under 28 U.S.C. § 2244 to file a second or successive petition pursuant to 28 U.S.C. §2254; and

(2) Respondent's response in the above-captioned case.

Respectfully,

Clerk

FILED
MAR 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MMW/CJG/tmk

ORDER

The foregoing application is denied pursuant to 28 U.S.C. §§ 2244 and 2254, as it appears petitioner's current application fails to make a prima facie showing that the requirements of § 2244(b) have been met.

By the Court,

/s/ D. Brooks Smith
Circuit Judge

Dated: March 23, 2006
tmk/cc: Atty Gen DE
        Mr. James Trump